UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-61280-RKA/PMH

RWC Group, LLC, a Pennsylvania
limited liability company,

      Plaintiff,

v.

CAA Industries Ltd., an Israeli corporation,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, RWC Group, LLC ("Plaintiff" or "RWC"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby notifies the Court, the parties, counsel of record, and all other interested persons of its dismissal without prejudice of the above-styled action.

Dated: August 1, 2019.

                                                  Respectfully submitted,

                                                  **GUNSTER**
                                                  *Counsel for Plaintiff*
                                                  600 Brickell Avenue, Suite 3500
                                                  Miami, FL 33131
                                                  Tel: (305) 376-6092
                                                  Fax: (305) 376-6010

                                        By: */s/ William K. Hill*
                                                      William K. Hill
                                                      whill@gunster.com
                                                      Joshua A. Levine
                                                      jlevine@gunster.com